**Opinion issued July 15, 2025**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-23-00812-CV

_____

**STACI SEMRAD, Appellant**

**V.**

**TAVI SELLERS, Appellee**

---

**On Appeal from the County Court at Law No. 1**
**Fort Bend County, Texas**
**Trial Court Case No. 21-CPR-036193**

---

## MEMORANDUM OPINION

Appellant Staci Semrad filed a motion to dismiss her appeal. Although the motion contained a certificate of conference, appellant stated that she was unable to confer with appellee. Accordingly, the Court held this motion for a response. No response was received.

We grant the motion and dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a)(1).

Any other pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Guiney, and Morgan.